# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                             Case Number: 4:17−cr−00651

Erik Ivan Alvarez−Chavez

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/26/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   May 6, 2022

                                                      Nathan Ochsner, Clerk